WEATHERS and Others *v.* WEATHERS.

It was error to appoint .commissioners to assign dower, upon a petition under the R. S. 1843, before the defendants were summoned.

*Thursday,
June* 15.

ERROR to the *Jasper* Probate Court.

PERKINS, J.—Petition for dower. Petition granted below.

The Court proceeded in the cause and appointed com-missioners to assign dower without notice to the heirs.

This was erroneous. The statute under which the proceeding was. had (R. S. 1843, pp. 804, 805) provided for a trial, upon notice to the defendants, upon the question of the right to dower, before the appointment of commissioners, &c., and their appointment without such notice and trial was erroneous, at all events, where such trial was not waived.

*Per Curiam.*—The decree and proceedings are reversed with costs, back to the petition, with leave to the defendants to plead, &c.

*J. Pettit, S. A. Huff, J. M. La Rue,* and *B. O. Deming,* for the plaintiffs.